1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL G. TIERNEY
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No. 1:16-po-00234-SAB
12 |         Plaintiff,              | [Citation #F4851958 CA/4B]
13 | v.                              | MOTION AND ORDER FOR DISMISSAL
14 | CHRISTOPHER ORTIZ-RAMIREZ,      |
15 |         Defendant.              |

16

17

18     The United States of America, by and through Phillip A. Talbert, Acting United States Attorney,

19 and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No.

20 1:16-po-00234-SAB [Citation # F4851958] against CHRISTOPHER ORTIZ-RAMIREZ without

21 prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22 DATED: November 15, 2016                Respectfully submitted,

23                                         PHILLIP A. TALBERT
                                           Acting United States Attorney
24
                                   By:     /s/ Michael G. Tierney
25                                         MICHAEL G. TIERNEY
                                           Assistant U.S. Attorney
26

27

28
                                           1

## O R D E R

IT IS HEREBY ORDERED that Case Number 1:16-po-00234-SAB [Citation # F4851958] against CHRISTOPHER ORTIZ-RAMIREZ be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **November 16, 2016**

UNITED STATES MAGISTRATE JUDGE